# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1148**                           **September Term, 2025**

**FAA-24-ODRA-00969**

**Filed On:** July 24, 2026

Adsync Technologies, Inc.,

       Petitioner

   v.

Federal Aviation Administration,

       Respondent

------------------------------

Adacel Systems, Inc.,
            Intervenor


    **BEFORE:**    Millett, Katsas and Walker, Circuit Judges


# <u>OPINION UNDER SEAL</u>
# <u>NOT AVAILABLE TO THE PUBLIC</u>